UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUMEN VIEW TECHNOLOGY LLC,

    Plaintiff,

v.

    Defendants.

1:13-cv-03386-DLC

October 14, 2013

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

Plaintiff Lumen View Technology LLC ("Lumen View") and Defendants Adicio, Inc., Advance Magazine Publishers Inc. and Penton Media, Inc. ("Defendants") hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Lumen View and Defendants jointly stipulate to the dismissal WITHOUT PREJUDICE of all claims in this case. The parties further stipulate that they shall bear their own attorneys' fees, expenses and costs.

Dated: October 14, 2013

ADICIO, INC.

By: Paul Jarrad
Title: Chief Financial Officer
ADICIO, INC.
One Carlsbad Research Center,
2382 Faraday Avenue, Suite 350,
Carlsbad, CA 92008

AETON LAW PARTNERS LLP

Damian Wasserbauer (DW3507)
damian@aetonlaw.com
101 Centerpoint Drive, Ste. #105
Middletown, CT 06457
Telephone: (860) 398-6031
*Attorney for Plaintiff*
*Lumen View Technology L.L.C.*

ADVANCE[D] MAGAZINE PUBLISHERS, INC.

By:
Title:
ADVANCE MAGAZINE PUBLISHERS INC.
Four Times Square,
New York, New York 10036

PENTON MEDIA, INC.

By:
Title:
PENTON MEDIA, INC.
1166 Avenue of the Americas
New York, New York 10036

So ordered.

Oct. 14, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUMEN VIEW TECHNOLOGY LLC,

          Plaintiff,

v.                                                                  1:13-cv-03386-DLC

                                                    October 14, 2013

          Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

Plaintiff Lumen View Technology LLC ("Lumen View") and Defendants Adicio, Inc., Advance Magazine Publishers Inc. and Penton Media, Inc. ("Defendants") hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Lumen View and Defendants jointly stipulate to the dismissal WITHOUT PREJUDICE of all claims in this case. The parties further stipulate that they shall bear their own attorneys' fees, expenses and costs.

Dated: October 14, 2013

| ADICIO, INC. | ADVANCE[D] MAGAZINE PUBLISHERS, INC. |
|---|---|
| By:<br>Title:<br>ADICIO, INC.<br>One Carlsbad Research Center,<br>2382 Faraday Avenue, Suite 350,<br>Carlsbad, CA 92008 | By:<br>Title:<br>ADVANCE MAGAZINE PUBLISHERS INC.<br>Four Times Square,<br>New York, New York 10036 |
| AETON LAW PARTNERS LLP<br>*/s/ Damian Wasserbauer/*<br>Damian Wasserbauer (DW3507)<br>damian@aetonlaw.com<br>101 Centerpoint Drive, Ste. #105<br>Middletown, CT 06457<br>Telephone: (860) 398-6031<br>*Attorney for Plaintiff*<br>*Lumen View Technology L.L.C.* | PENTON MEDIA, INC.<br>*/s/ Andrew Schmolka/*<br>By: Andrew Schmolka<br>Title: SVP & General Counsel<br>PENTON MEDIA, INC.<br>1166 Avenue of the Americas<br>New York, New York 10036 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUMEN VIEW TECHNOLOGY LLC,

          Plaintiff,

v.                                                                1:13-cv-03386-DLC

          Defendants.                               October 14, 2013

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

Plaintiff Lumen View Technology LLC ("Lumen View") and Defendants Adicio, Inc., Advance Magazine Publishers Inc. and Penton Media, Inc. ("Defendants") hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Lumen View and Defendants jointly stipulate to the dismissal WITHOUT PREJUDICE of all claims in this case. The parties further stipulate that they shall bear their own attorneys' fees, expenses and costs.

Dated: October 14, 2013

| ADICIO, INC. | ADVANCE[D] MAGAZINE PUBLISHERS, INC. |
|---|---|
| By:<br>Title:<br>ADICIO, INC.<br>One Carlsbad Research Center,<br>2382 Faraday Avenue, Suite 350,<br>Carlsbad, CA 92008 | By: John Bellando<br>Title: Chief Operating Officer<br>ADVANCE MAGAZINE PUBLISHERS INC.<br>Four Times Square,<br>New York, New York 10036 |
| AETON LAW PARTNERS LLP | PENTON MEDIA, INC. |
| Damian Wasserbauer (DW3507)<br>damian@aetonlaw.com<br>101 Centerpoint Drive, Ste. #105<br>Middletown, CT 06457<br>Telephone: (860) 398-6031<br>*Attorney for Plaintiff*<br>*Lumen View Technology L.L.C.* | By:<br>Title:<br>PENTON MEDIA, INC.<br>1166 Avenue of the Americas<br>New York, New York 10036 |

**SO ORDERED**, this ____ day of October, 2013.

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE